IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


DAVID W. SHADDON,

                Plaintiff,

     v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant.

Case No. 3:11-cv-6150-ST

ORDER


Kathryn Tassinari
Robert A. Baron
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR 97401

        Attorneys for Plaintiff

Roberta G. Bowie
SOCIAL SECURITY ADMINISTRATION
OFFICE OF GENERAL COUNSEL
1301 Young Street, Suite A702
Dallas, TX 75202-4117


1 - ORDER

Summer Stinson
SOCIAL SECURITY ADMINISTRATION
701 5th Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

Adrian L. Brown
U.S. ATTORNEY'S OFFICE, DISTRICT OF OREGON
1000 S.W. Third Ave., Suite 600
Portland, OR 97204

      Attorneys for Defendants

HERNANDEZ, District Judge:

      Magistrate Judge Janice M. Stewart issued a Findings and Recommendation (doc. #19) on June 25, 2012, recommending that the final decision of the Social Security Commissioner (the "Commissioner") in connection with Plaintiff's applications for Disability Insurance Benefits ("DIB") under Title II of the Social Security Act (the "Act") and for Supplemental Security Income ("SSI Benefits") under Title XVI of the Act be reversed and remanded to the Commissioner for further proceedings.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles de novo, I find no error.

/ / /

/ / /

/ / /

2 - ORDER

**CONCLUSION**

The Court ADOPTS Magistrate Judge Stewart's Findings and Recommendation (doc.

#19).  Accordingly, the Commissioner's final decision in connection with Plaintiff's applications

for DIB and SSI Benefits is reversed and remanded for further proceedings.

IT IS SO ORDERED.

DATED this ____ day of _____, 2012.

MARCO A. HERNANDEZ
United States District Judge

3 - ORDER