Kathryn Tassinari, OSB # 80115
Robert A. Baron, OSB # 89020
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR  97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON


| | |
|---|---|
| DAVID W. SHADDON,            ) | |
| ) | Case No. 3:11-cv-06150-ST |
| Plaintiff,        ) | |
| vs.                         ) | |
| ) | ORDER FOR PAYMENT OF ATTORNEY |
| COMMISSIONER,             ) | FEES PURSUANT TO EAJA |
| Social Security Administration ,    ) | |
| ) | |
| Defendant.              ) | |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,699.48 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Payment of this award shall be paid via check made payable to Plaintiff and mailed to Plaintiff's attorneys at Harder, Wells, Baron & Manning, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff,* the award shall be made payable to Plaintiff's attorney if the commissioner confirms that Plaintiff owes no debt to the government through the federal treasury offset program.  There are no costs or expenses to be paid herein.

Dated this   19th  day of November 2012.

/s/ Marco A. Hernandez _____
U.S. District Court Judge

PRESENTED BY:
s/ Kathryn Tassinari
Harder, Wells, Baron & Manning, P.C.
Of Attorneys for Plaintiff